## **EXHIBIT LIST**

Exhibit A      United States Patent No. 7,181,237

Exhibit B      United States Patent No. 8,843,641