# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| **BUNKER IP LLC,** | C.A. No. 21-cv-483 |
| Plaintiff, | |
| v. | **JURY TRIAL DEMANDED** |
| **T-MOBILE USA, INC.,** | **PATENT CASE** |
| Defendant. | |

### PLAINTIFF BUNKER IP LLC'S NOTIFICATION OF AFFILIATES AND RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1 and Local Rule 3.2, Plaintiff Bunker IP LLC ("Bunker") makes the following disclosures:

- Bunker is a Texas limited liability company.

- Bunker has no parent corporation and has no publicly held affiliates.

- No publicly held company owns 10% or more of its stock.

January 27, 2021

Respectfully Submitted

 */s/ David R. Bennett*
David R. Bennett
Direction IP Law
P.O. Box 14184
Chicago, IL 60614-0184
(312) 291-1667
dbennett@directionip.com

*Attorneys for Plaintiff Bunker IP LLC*

1

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 27, 2021, I electronically filed the above documents with the Clerk of Court using CM/ECF which will send electronic notification of such filings to all registered counsel.

*/s/ David R. Bennett*
David R. Bennett
